IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| RODNEY PHILLIPS, | ) CIVIL ACTION NO.:2:25-cv-12729-DCN |
| Plaintiff, | ) |
| -vs- | ) |
| C.K.S. PACKAGING, INC., | ) **DEFENDANT'S ANSWERS TO 26.01 INTERROGATORIES** |
| Defendant. | ) |

TO:   JAMES G. BIGGART, II AND COOPER KLAASMEYER, ESQUIRE, ATTORNEY FOR PLAINTIFF:

The Defendant, above named, answering Interrogatories pursuant to the Rules of Federal Procedure and pursuant to Local Rule 26.01 of the U.S. District Court, state as follows:

(A)   State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

RESPONSE: None known at this time

(B)   As to each claim, state whether it should be tried jury or nonjury and why.

RESPONSE:  Jury

(C)   State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the

      party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

      RESPONSE: No parent corporation (Privately Owned)

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

      RESPONSE: Diversity

(E)    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.'[4]

      RESPONSE:  No

(F)    *[Defendants only.]* If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

      RESPONSE:  The Defendant is properly identified

(G)    *[Defendants only.]* If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

      RESPONSE: The Defendant asserts the defenses of sole negligence and comparative negligence as to the Plaintiff.  The Defendant is unaware of any other person or entity that is liable.

(H)    *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or

intervenor must, unless the court orders otherwise, name — and identify the citizenship of — every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

RESPONSE:  The Defendant corporation is registered in the State of Georgia.

                HOWELL, GIBSON & HUGHES, P.A.


                By:  s/Thomas A. Bendle, Jr.
                Thomas A. Bendle, Jr.
                PO Box 40
                Beaufort, SC  29901-0040
                (843) 522-2400
                Attorney for Defendant
                Federal Bar No: 7907


Beaufort, South Carolina

December 5, 2025