IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| RODNEY PHILLIPS, | ) | CIVIL ACTION NO.:2:25-cv-12729-DCN |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | **ANSWER TO PLAINTIFF'S COMPLAINT** |
| C.K.S. PACKAGING, INC., | ) | |
| Defendant. | ) | |

The Defendant, C.K.S. Packaging, Inc., answering the Complaint of the Plaintiff would allege unto this Honorable Court as follows:

1. That each and every allegation contained in the Plaintiff's Complaint not specifically admitted hereinafter is denied and strict proof demanded thereof.

2. Upon information and belief, this Defendant admits paragraph 1 of Plaintiff's Complaint.

3. This Defendant admits paragraphs 2 and 3 of Plaintiff's Complaint.

4. Paragraph 4 of Plaintiff's Complaint states a conclusion of law and, accordingly, an answer is not required; to the extent an allegation of fact is made, this Defendant denies it.

5. This Defendant admits paragraph 5 of Plaintiff's Complaint.

6. Paragraph 6 of Plaintiff's Complaint fails to state an allegation of fact against this Defendant, and accordingly, an Answer is not required. To the extent an allegation of fact is alleged this Defendant denies same.

7. The Defendant lacks sufficient information to form a belief as to the allegations contained in paragraph 7 of the Plaintiff's Complaint, and accordingly, denies each and every allegation, and demands strict proof thereof.

8. This Defendant admits paragraphs 8 and 9 of Plaintiff's Complaint.

9. This Defendant denies paragraph 10 of Plaintiff's Complaint and demands strict proof thereof.

10. The Defendant lacks sufficient information as to the nature and extent of the Plaintiff's injuries to form a belief and, therefore, denies the allegations contained in paragraph 11 of the Plaintiff's Complaint and demand strict proof thereof.

11. The Defendant admits so much of paragraph 12 of Plaintiff's Complaint as states that at all relevant times, Gore was acting within the course and scope of his employment and agency with Defendant CKS. This Defendant denies the remaining allegations contained in paragraph 12 of Plaintiff's Complaint and demands strict proof thereof.

12. Paragraph 13 of Plaintiff's Complaint fails to state an allegation of fact against this Defendant, and accordingly, an Answer is not required. To the extent an allegation of fact is alleged this Defendant denies same.

13.   Paragraph 14 of Plaintiff's Complaint states a conclusion of law and, accordingly, an answer is not required; to the extent an allegation of fact is made, this Defendant denies it.

14.   The Defendant denies paragraphs 15, 16 and 17 of Plaintiff's Complaint and demands strict proof thereof.

15.   Paragraph 18 of Plaintiff's Complaint fails to state an allegation of fact against this Defendant, and accordingly, an Answer is not required. To the extent an allegation of fact is alleged this Defendant denies same.

16.   The Defendant denies paragraph 19, and its subparts, of Plaintiff's Complaint and demands strict proof thereof.

17.   The Defendant denies paragraphs 20 and 21 of Plaintiff's Complaint and demands strict proof thereof.

18.   Paragraph 22 of Plaintiff's Complaint fails to state an allegation of fact against this Defendant, and accordingly, an Answer is not required. To the extent an allegation of fact is alleged this Defendant denies same.

19.   The Defendant denies paragraphs 23, 24, 25 and 26 of Plaintiff's Complaint and demands strict proof thereof.

20.   Paragraph 27 of Plaintiff's Complaint fails to state an allegation of fact against this Defendant, and accordingly, an Answer is not required. To the extent an allegation of fact is alleged this Defendant denies same.

21.   The Defendant admits paragraph 28 of Plaintiff's Complaint.

22.   The Defendant denies paragraph 29 of Plaintiff's Complaint and demands strict proof thereof.

23. Paragraph 30 of Plaintiff's Complaint fails to state an allegation of fact against this Defendant, and accordingly, an Answer is not required. To the extent an allegation of fact is alleged this Defendant denies same.

24. The Defendant admits paragraph 31 of Plaintiff's Complaint.

25. The Defendant denies paragraphs 32, 33, 34, 35 and 36 of Plaintiff's Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSE

26. That each and every allegation set forth in the proceeding paragraphs hereof is hereby realleged and reiterated as fully as if set forth herein.

27. That the Defendant alleges that the injuries or damages allegedly sustained by the Plaintiff, were due to and caused by the negligent, reckless, willful, wanton, careless and grossly negligent acts and conduct of the Plaintiff, which said acts were greater than any acts of negligence on the part of the Defendant, which negligence on the part of the Defendant is hereby specifically denies, to produce such injury or damage, and without which the same would not have occurred; such negligent and grossly negligent actions on the apart of the Plaintiff were the direct and proximate cause of the damages allegedly sustained by the Plaintiff.

## AFFIRMATIVE DEFENSE

28. That each and every allegation set forth in the proceeding paragraphs hereof is hereby realleged and reiterated as fully as if set forth herein.

29. That the Defendant would show that, to the extent that the Plaintiff seeks punitive damages against the Defendant, such claims are violative of the United States and/or South Carolina constitutions, including so much thereof as guarantees rights of due process, equal protections, and/or safeguards against cruel and unusual punishment.

### AFFIRMATIVE DEFENSE

30. That each and every allegation set forth in the proceeding paragraphs hereof is hereby realleged and reiterated as fully as if set forth herein.

31. The Defendant would allege unto this Honorable court that any injuries received by the Plaintiff, if any, were the direct and proximate result of her sole negligence.

### AFFIRMATIVE DEFENSE

32. That each and every allegation set forth in the proceeding paragraphs hereof is hereby realleged and reiterated as fully as if set forth herein.

33. Plaintiffs have failed to state facts sufficient to constitute a cause of action.

### AFFIRMATIVE DEFENSE

34. That each and every allegation set forth in the proceeding paragraphs hereof is hereby realleged and reiterated as fully as if set forth herein.

35. That the Defendant does not waive, and hereby specifically reserves, any additional and/or further defenses, the propriety of which may be indicated by additional information which may be acquired during the course of discovery or otherwise.

WHEREFORE, the Defendant prays this Honorable Court inquire into the matters set forth herein, and enter its Order dismissing this matter, with an award of attorneys' fees and costs to the Defendant.

                                  HOWELL, GIBSON & HUGHES, P.A.

                                  By:__s/Thomas A. Bendle, Jr._____
                                  Thomas A. Bendle, Jr.
                                  PO Box 40
                                  Beaufort, SC  29901-0040
                                  (843) 522-2400
                                  Attorney for Defendant
                                  Federal Bar #7907

Beaufort, South Carolina
December 5, 2025