IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| RODNEY PHILLIPS, | ) | CIVIL ACTION NO.:2:25-cv-12729-DCN |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | **FEDERAL RULE 26(F) REPORT FOR CHANGES TO PLAN** |
| C.K.S. PACKAGING, INC., | ) | |
| Defendant. | ) | |

The parties, having consulted pursuant to Rule 26(f), Federal Rules of Civil Procedure, hereby report as follows (check one below):

_____     We agree that the schedule set forth in the Conference and Scheduling Order filed _____ is appropriate for this case. The parties' proposed discovery plan as required by Federal Rules of Civil Procedure Rule 26(f) and the information require by Local Civil Rule 26.03 are attached.

\_\_XX\_\_     We agree that the schedule set forth in the Conference and Scheduling Order filed January 7, 2026 requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached here). The parties' proposed discovery plan as required by Federal Rules of Civil Procedure Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

_____     We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Federal Rules of Civil Procedure with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.

**PROPOSED AMENDED SCHEDULING ORDER AND DISCOVERY PLAN**

5. **Expert Witness**: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates

    Plaintiff:    June 19, 2026
    Defendant:    July 19, 2026

6. **Discovery:** Discovery shall be completed no later than November 1, 2026. All requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

8. **Dispositive Motions:** All dispositive motions and all <u>Daubert</u> motions shall be filed on or before December 15, 2026.

10. **Trial**: This case will go to trial during the term of court beginning February 1, 2027.

                                Respectfully submitted:


                                BY     s/Thomas A. Bendle, Jr.
                                   Thomas A. Bendle, Jr. [Bar #7907]
                                   Howell, Gibson and Hughes, PA
                                   Post Office Box 40, Beaufort, SC 29901
                                   tbendle@hghpa.com

                                   Attorney for Defendant C.K.S.
                                   Packaging, Inc.


                                By:   s/James G. Biggart
                                   James G. Biggart, II [Bar #14195]
                                   Morgan & Morgan, P.A.
                                   4401 Belle Oaks Drive, 3rd Floor
                                   North Charleston, SC 299405
                                   jbiggart@forthepeople.com

                                   Attorney for Plaintiff Rodney Phillips

Beaufort, South Carolina
February 4, 2026