IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Rodney Phillips, ) | C/A No. 2:25-cv-12729 DCN |
| ) | |
| Plaintiff, ) | |
| ) | CONSENT AMENDED |
| v. ) | SCHEDULING ORDER |
| ) | |
| C.K.S. Packaging, Inc., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants.

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than **February 9, 2026**.[1]

2. Rule 26(a)(1) Initial Disclosures: No later than **March 13, 2026**, the required initial disclosures under Fed R. Civ. P. 26(a)(1) shall be made.

3. Rule 26(f) Report: No later than **March 13, 2026**, the parties shall file a Rule 26(f) Report.

4. Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed by **April 6, 2026.**

5. Expert Witnesses: Parties shall file and service a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

    Plaintiff:    **June 19, 2026**
    Defendant:    **July 19, 2026**

6. Discovery: Discovery shall be completed no later than **November 1, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline.

7. Motions in Limine: Motions in limine must be filed a**t least three weeks prior to jury**

---

[1] Plaintiff's counsel shall initiate the scheduling of the Rule 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances. At conference, the parties shall confer concerning all matters set forth in Rule 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary.

     **selection**.

8. <u>Dispositive Motions</u>: All dispositive motions and all Daubert motions shall be filed on or before **December 15, 2026**.[2]

9. <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **June 30, 2026**.[3] Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.04.

10. <u>Trial</u>: This case will go to trial during the **February 1, 2027** term of court.

AND IT IS SO ORDERED.

                                              David C. Norton
                                              United States District Judge

February 6, 2026
Charleston, South Carolina

---

[2] The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

[3] Standing Order to Conduct Mediation of Judge Norton, which sets forth additional mediation requirements applicable to this case available at www.scd.uscourts.gov.