UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| RODNEY PHILLIPS, | Civil Case No.: 2:25-cv-12729 |
| *Plaintiff*, | |
| -v- | JOINT MOTION TO EXTEND MEDIATION DEADLINE |
| C.K.S. PACKAGING, INC., | |
| *Defendant*. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 6.01 and 16.08, D.S.C., the parties jointly move to extend the mediation deadline. In support of this Consent Motion, the parties respectfully state as follows:

1.     This action arises from a motor vehicle collision involving Plaintiff Rodney Phillips and a commercial vehicle operated on behalf of Defendant C.K.S. Packaging, Inc.

2.     On February 6, 2026, the Court entered a Consent Amended Scheduling Order. Under that Order, mediation must be completed on or before June 30, 2026.

3.     The parties are continuing to conduct discovery. Written discovery has been exchanged, document production remains ongoing, and the parties are working to complete depositions, including party and corporate-representative testimony.

4.     The parties respectfully submit that additional time is needed before mediation so they can complete meaningful discovery, evaluate the evidence, assess the claimed injuries and damages, and obtain appropriate settlement authority.

5.     The requested extension is made in good faith, is jointly requested by both parties, and is not sought for purposes of delay.

6.      The parties do not anticipate that this extension will affect the current discovery deadline of November 1, 2026, the dispositive motions deadline of December 15, 2026, or the trial term beginning February 1, 2027.

7.      The parties therefore respectfully request that the Court extend the mediation deadline from June 30, 2026, to November 30, 2026.

WHEREFORE, the parties respectfully request that the Court grant this Consent Motion and extend the mediation deadline to November 30, 2026, with all other deadlines remaining unchanged.

Respectfully submitted,

*s/ James G. Biggart*
James G. Biggart II, Esq.
Federal ID #14195
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 299405
biggartlitigation@forthepeople.com
Attorney for Plaintiff

*s/Thomas A. Bendle, Jr.*
Thomas A. Bendle, Jr., Esq.
Federal ID #7907
Howell, Gibson and Hughes, PA
Post Office Box 40
Beaufort, SC 29901
tbendle@hghpa.com
Attorney for Defendant