UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RODNEY PHILLIPS,

    *Plaintiff*,

  -v-

C.K.S. PACKAGING, INC.,

    *Defendant*.

Civil Case No.: 2:25-cv-12729

ORDER GRANTING CONSENT
MOTION TO EXTEND MEDIATION
DEADLINE

---

This matter is before the Court on the parties' Consent Motion to Extend the Mediation Deadline. Having reviewed the motion and for good cause shown, the motion is GRANTED.

The deadline for the parties to complete mediation is extended from June 30, 2026, to November 30, 2026.

All other deadlines in the Court's Consent Amended Scheduling Order remain unchanged unless otherwise ordered by the Court.

IT IS SO ORDERED.

                                   _____
                                   The Honorable David C. Norton
                                   United States District Judge

Dated: _____
Charleston, South Carolina