UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| RODNEY PHILLIPS, | Civil Case No.: 2:25-cv-12729 |
| *Plaintiff*, | |
| -v- | ORDER GRANTING CONSENT |
| | MOTION TO EXTEND MEDIATION |
| C.K.S. PACKAGING, INC., | DEADLINE |
| *Defendant*. | |

This matter is before the Court on the parties' Consent Motion to Extend the Mediation Deadline. Having reviewed the motion and for good cause shown, the motion is GRANTED.

The deadline for the parties to complete mediation is extended from June 30, 2026, to November 30, 2026.

All other deadlines in the Court's Consent Amended Scheduling Order remain unchanged unless otherwise ordered by the Court.

IT IS SO ORDERED.

_____
The Honorable David C. Norton
United States District Judge

June 25, 2026
Charleston, South Carolina