IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| RODNEY PHILLIPS, | ) | CIVIL ACTION NO.:2:25-cv-12729-DCN |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | **DEFENDANT'S DESIGNATION OF EXPERT WITNESS** |
| C.K.S. PACKAGING, INC., | ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURES**

Defendant, C.K.S. Packaging, Inc. Plaintiff Rodney Phillips makes the following expert disclosures under Federal Rule of Civil Procedure 26(a)(2) and the Court's Amended Scheduling Order (ECF No. 18). Unless otherwise stated, each expert will offer the opinions described below to a reasonable degree of medical probability.

The following witnesses were retained to provide expert testimony:

1. **Michelle Schooler, CPC**
   **c/o IMS Legal Strategies**
   **10101 Reunion Place, Suite 970**
   **San Antonio, TX 78216**

   Ms. Schooler is a coding and billing specialist and will be expected to testify regarding her review of the billing statements of the services rendered to the Plaintiff. Ms. Schooler's CV is attached hereto. The Defendant is not in possession of a written report.

2. **Benjamin Alexander Schell, MD, MS**
   **c/o IMS Legal Strategies**
   **10101 Reunion Place, Suite 970**
   **San Antonio, TX 78216**

   Dr. Schell is a board-certified orthopedic surgeon. He is expected to testify regarding his review of Plaintiff's medical records. Dr. Schell's CV is attached hereto. The Defendant is not in possession of a written report.

3. **Chris A. Van Ee, Ph.D.**
   **c/o IMS Legal Strategies**
   **10101 Reunion Place, Suite 970**
   **San Antonio, TX 78216**

   Dr. Van Ee is a Biomechanical Engineer and will be expected to testify regarding his review of the subject accident and the reconstruction of same, the human injury mechanisms involved, tolerance as it relates to the Plaintiff's alleged injuries, and the orthopedic biomechanics involved as they relate to the Plaintiff's injuries. Dr. Van Ee's CV is attached hereto. The Defendant is not in possession of a written report.

4. Unknown Radiologist

   With Plaintiff Counsel's consent, this Defendant will supplement this response upon receipt of the Plaintiff's radiology films and upon the preferred expert radiologist's receipt of same.

HOWELL, GIBSON & HUGHES, P.A.

By: /s/Thomas A. Bendle, Jr.
Thomas A. Bendle, Jr.
PO Box 40
Beaufort, SC  29901-0040
(843) 522-2400
Attorney for Defendant
Bar No: 69561

Beaufort, South Carolina

July 16, 2026

CERTIFICATE OF SERVICE

I certify that I served the foregoing  upon all counsel of record by affixing same with proper postage placing same with the United States Postal Service addressed to counsels' last known address on _____ day of July, 2026.

By:_____
       Thomas A. Bendle, Jr.



# CURRICULUM VITAE

# Benjamin Alexander Schell MD, MS

## SUMMARY OF EXPERTISE:

I am a board-certified, fellowship-trained orthopedic spine surgeon with a clinical focus in degenerative spine conditions in adult patients. I routinely perform cervical and lumbar fusion as well as arthroplasty with and without robotic assistance.  I also perform SI (sacroiliac) fusion and spinal cord stimulator implantation. I am a reviewer for the *Global Spine Journal* and *Spinal Cord* and a member of several professional societies.

## CLINICAL PRACTICE:

**Orthopaedic Spine Surgeon**, September 2022 – Present
Southeastern Spine Institute
Mt. Pleasant, South Carolina

**Orthopaedic Spine Surgeon**, September 2020 – August 2022
South Carolina Sports Medicine and Orthopaedic Center
North Charleston, South Carolina

## POSTGRADUATE TRAINING:

Fellowship:    **Fellow in Complex and Minimally Invasive Spine Surgery**, July 2019 – July 2020
Swedish Medical Center
Seattle, Washington
Fellowship Directors: Jens Chapman, MD & Rod Oskouian, MD

Residency:    **Resident in Orthopaedic Surgery**, July 2014 – June 2019
*Administrative Chief Resident, 2018 – 2019*
The University of Texas Southwestern Medical Center Parkland Health & Hospital System
Dallas, Texas
Chairmen: Dane Wukich, MD & Adam Starr, MD
Residency Director: Drew Sanders, MD

**Resident in Orthopaedic Surgery**, April 2019 – June 2019
Auckland City Hospital
Auckland, New Zealand
Residency Director: Stuart McCowan, MD

Updated February 2025

**Resident in Pediatric Orthopaedics & Spinal Deformity**, July 2016 – December 2016
Texas Scottish Rite Hospital for Children
Dallas, Texas
Chief of Staff: Daniel Sucato, MD

## EDUCATION:

Medical School:   **Doctor of Medicine**, July 2010 – May 2014
The University of Louisville School of Medicine
Louisville, Kentucky

Graduate:   **Master of Science in Physiology and Biophysics**, August 2007 – August 2008
The University of Louisville School of Medicine
Louisville, Kentucky

Undergraduate:   **Bachelor of Arts in Kinesiology, *Cum Laude***
**Minor in Biological Science**, August 2003 – May 2007
The University of Kentucky
Lexington, Kentucky

## MEDICAL LICENSURE:

**South Carolina Board of Medical Examiners**
Issued 04/16/2020

## CERTIFICATION:

**American Board of Orthopaedic Surgery**
Certified, 07/24/2022

## CLINICAL & PROFESSIONAL APPOINTMENTS:

2020 – Present   **Reviewer** – *Global Spine Journal*, Official Journal of the AO Spine

2019 – Present   **Reviewer** – *Spinal Cord*, Official Journal of the International Spinal Cord Society

2018 – 2019   **Administrative Chief Resident**, UTSW Department of Orthopaedic Surgery
Dallas, Texas

2018 – 2019   **Chief Resident Committee**, Parkland Health & Hospital System
Dallas, Texas

2018 – 2019   **Chief Resident Council**, UT Southwestern Medical Center
Dallas, Texas

Updated February 2025

## ACADEMIC HONORS & AWARDS:

2019          **W. Brandon Carrell Distinguished Physician Award**, University of Texas Southwestern Department of Orthopaedic Surgery. *Awarded by the faculty of Texas Scottish Rite Hospital to a graduating resident in recognition of their consistent display of empathy, concern and compassion for patients, colleagues and staff.*

2019          **G. Truett James Award for Excellence in Teaching**, University of Texas Southwestern Department of Orthopaedic Surgery. *Award given by the orthopaedic surgery residents to a graduating resident in recognition of their dedication to teaching others.*

2005 – 2007          **Delta Tau Delta Kershner Scholar**, University of Kentucky. *Fraternal award recognizing academic achievement through GPA and Dean's List criteria.*

2005 – 2007          **Dean's List**, University of Kentucky

## MEMBERSHIP IN PROFESSIONAL SOCIETIES:

2023 – Present          South Carolina Spine Society
2021 – Present          Charleston Orthopaedic Society
2020 – Present          South Carolina Orthopaedic Association
2019 – Present          Southwestern Orthopaedic Alumni Association
2019 – Present          AO Spine
2017 – Present          North American Spine Society
2014 – Present          American Academy of Orthopaedic Surgeons

## PEER-REVIEWED PUBLICATIONS:

1. Riepen DW, Chavez AA, **Schell BA**, Khazzam MS, Coyner KJ.  Anterior Cruciate Ligament Tears: The Impact of Increased Time Interval from ACL Injury to Surgery on Intra-Articular Lesions. *Accepted for publication The Orthopaedic Journal of Sports Medicine. 2020.*

2. Von Glinski A, Elia CJ, Dettori J, Yilmaz E, Takayanagi A, **Schell BA**, Hayman EG, Chapman JR, Oskouian RJ.  Extreme Lateral Interbody Fusion for Thoracic and Thoracolumbar Disease – The Diaphragm Dilemma. *Accepted for publication Global Spine Journal.  2020.*

3. Burley HEK, Ansari DS, Von Glinski A, Goodmanson R, **Schell BA**, Chapman JR, Oskouian RJ.  Tulip Screw Head Disjunction from Posterior C2 Fracture Fixation Instrumentation. *Case Rep Orthop*. 2020;2020:5824383. Published 2020 Feb 24. doi:10.1155/2020/5824383.  PMID: 32158578.

4. Elia CJ, Arvind V, Brazdzionis J, Von Glinski A, **Schell BA**, Pierre CA, Chapman JR, Oskouian RJ.  90-Day Readmission Rates for Single Level Anterior Lumbosacral Interbody Fusion: A Nationwide Readmissions Database Analysis [published online ahead of print, 2020 Feb 21]. *Spine (Phila Pa 1976)*. 2020;10.1097/BRS.0000000000003443. doi:10.1097/BRS.0000000000003443.  PMID: 32097276.

5. O'Brien MC, **Schell BA**, Lands HM, Spanyer JM, Yakkanti M.  Massive Gluteal Muscle Necrosis after Iliac Arterial Embolization in Pelvic Trauma: A Literature Review and Illustrative Case Report. *J Orthop. Case Rep*. 2018;8(3):23-27. doi:10.13107/jocr.2250-0685.1092.  PMID: 30584510.

          Updated February 2025

**NON-PEER REVIEWED PUBLICATIONS:**

1. Seligson D, **Schell BA**. Case Study: The use of the Hoffman II Compact External Fixator for Treatment of a Distal Radius Fracture. *Stryker Trauma and Extremities*.  Literature Number: 20125228. 2012.

**PUBLISHED ABSTRACTS & PROCEEDINGS:**

1. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Khaleel MA.  A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery. *Proceedings of the NASS Summer Meeting 2017.*  July 2017.  Pp 35.

2. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Romero JA, Khaleel MA. A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery. *Proceedings of the ISASS 17th Annual Meeting.*  April 2017.  Pp 69-70.

3. Kuo CC, Carreon LY, **Schell BA**, Glassman SD.  Relative Benefit of TLIF versus PSF at Five-Year Follow-Up Stratified by Diagnostic Indication. *Proceedings of the NASS 29th Annual Meeting. The Spine Journal.* November 2014. Vol 14, Issue 11 (Suppl S). Pp S28-S29. doi:10.1016/j.spinee.2014.08.077

**ORAL RESEARCH PRESENTATIONS:**

1. Hull BR, **Schell BA**, Elliot M, Riccio AI. "Inappropriate Pediatric Orthopaedic Emergency Department Transfers: A Burden on the Healthcare System".  Podium presentation at the Society of Military Orthopaedic Surgeons (SOMOS) 61st Annual Meeting.  Palm Beach, FL.  December 17-20, 2019.

2. Hull BR, **Schell BA**, Elliot M, Riccio AI. "Inappropriate Pediatric Orthopaedic Emergency Department Transfers: A Burden on the Healthcare System".  Podium presentation at the Texas Orthopaedic Association (TOA) 2019 Annual Conference.  Houston, TX. February 1-2, 2019.

3. **Schell BA**, Argo MB, Sager BW, Mulligan EP, Khazzam MS.  "Patient Reported Outcomes at Various Stages of Shoulder Adhesive Capsulitis".  Podium presentation at the Charles F. Gregory Memorial Lectureship.  Dallas, TX.  June 22, 2018.

4. **Schell BA**, Argo MB, Sager BW, Mulligan EP, Khazzam MS.  "Patient Reported Outcomes at Various Stages of Shoulder Adhesive Capsulitis".  Podium presentation at the Mid-America Orthopaedic Association (MAOA) 36th Annual Meeting.  San Antonio, TX.  April 18-22, 2018.

5. **Schell BA**, Argo MB, Sager BW, Mulligan EP, Khazzam MS.  "Patient Reported Outcomes at Various Stages of Shoulder Adhesive Capsulitis".  Podium presentation at the Texas Orthopaedic Association (TOA) 2018 Annual Conference.  Fort Worth, TX.  April 13-14, 2018.

6. Russell RD, Nwelue EC, **Schell BA**, Huo MH.  "Correlation of the Initial Fit of the Modular Tapered Stem to Stem Subsidence in Revision Total Hip Arthroplasty".  Podium presentation at the International Hip Society (IHS) Meeting 2017.  London, England.  September 6-9, 2017.

7. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Romero JA, Khaleel MA. "A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery".  Podium presentation at the Charles F. Gregory Memorial Lectureship.  Dallas, TX.  June 16, 2017.

8. Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Romero JA, Khaleel MA. "A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery".  Oral poster at the International Society for the Advancement of Spine Surgery (ISASS) 17th Annual Meeting.  Boca Raton, FL.  April 12-14, 2017.

9.  Swann MC, **Schell BA**, Hotchkiss WR, Santoyo J, Khaleel MA, Gill K. "Sleep Disturbances Associated with Lumbar and Cervical Spine Radiculopathy". Podium presentation at the <u>Mid-America Orthopaedic</u> Association (MAOA) 34th Annual Meeting. Bonita Springs, FL. April 13-17, 2016.

10. Hotchkiss WR, Swann MC, **Schell BA**, Khaleel MA, Gill K. "Sleep Disturbances Associated with Lumbar and Cervical Spine Radiculopathy". Podium presentation at the <u>Charles F. Gregory Memorial Lectureship.</u> Dallas, TX. June 5, 2015.

11. Kuo CC, Carreon LY, **Schell BA**, Glassman SD. "Relative Benefit of TLIF vs. PSF at Five-Year Follow-Up Stratified by Diagnostic Indication". Podium presentation at the <u>American Academy of Orthopaedic</u> Surgeons (AAOS) 81st Annual Meeting. Las Vegas, NV. March 24-28, 2015.

12. Kuo CC, Carreon LY, **Schell BA**, Glassman SD. "Relative Benefit of TLIF vs. PSF at Five-Year Follow-Up Stratified by Diagnostic Indication". Podium presentation at the North American Spine Society 29th <u>Annual Meeting.</u> San Francisco, CA. November 12-15, 2014.

13. **Schell BA**, Falcone JC. "Statins: The Fountain of Youthful Bones". Masters Defense, Podium presentation at the <u>University of Louisville School of Medicine, Department of Physiology and Biophysics.</u> Louisville, KY. August 7, 2008.

## POSTER PRESENTATIONS:

1.  **Schell BA**, von Glinski A, Pierre C, Goodmanson R, Qutteineh B, Dettori J, Oskouian RJ, Chapman JR. "Multiple Rod Mayhem: Building a Stable Foundation with MRoCS". Poster Presentation at 18th <u>Annual AOSpine North America Fellows Virtual Forum.</u> April 24, 2020.

2.  Swann MC, Reddy R, Mange T, Riepen DW, Box HN, **Schell BA**, Wiley MR, Khaleel MA. "A Prospective Evaluation of Sleep Quality in Patients Who Undergo Spine Surgery". ePoster presentation at the <u>North American Spine Society (NASS) Summer Meeting 2017.</u> San Diego, CA. July 26-29, 2017.

3.  Chavez AA, Riepen DW, Coyner KJ, **Schell BA**, Khazzam MS. "Anterior Cruciate Ligament Tears: Impact of Delayed Presentation on Intra-Articular Injuries". Poster presentation at the <u>American Orthopaedic Society for Sports Medicine (AOSSM) 2017 Annual Meeting.</u> Toronto, Canada. July 20-23, 2017.

4.  Chavez AA, Riepen DW, Coyner KJ, **Schell BA**, Khazzam MS. "Anterior Cruciate Ligament Tears: Impact of Delayed Presentation on Intra-Articular Injuries". ePoster presentation at the <u>Arthroscopy</u> Association of North America (AANA) 36th Annual Meeting. Denver, CO. May 18-20, 2017.

5.  Igbinigie M, **Schell BA**, Chen CT, Liu GT, Van Pelt ML. "The Evaluation of Complication Rates: Immediate vs. Delayed Weight Bearing in Management of 1[st] MTPJ Arthrodesis". Poster presentation at the American College of Foot and Ankle Surgeons 75th Annual Scientific Conference. Las Vegas, NV. February 27 – March 2, 2017.

6.  Chavez AA, Riepen DW, Coyner KJ, **Schell BA**, Khazzam MS. "Anterior Cruciate Ligament Tears: Impact of Delayed Presentation on Intra-Articular Injuries". ePoster presentation at the <u>Southern</u> Orthopaedic Association (SOA) 33rd Annual Meeting. Naples, FL. July 27-30, 2016.

7.  Swann MC, **Schell BA**, Hotchkiss WR, Santoyo J, Khaleel MA, Gill K. "Sleep Disturbances Associated with Lumbar and Cervical Spine Radiculopathy". Poster presentation at the <u>International Society for the</u> Advancement of Spine Surgery (ISASS) 16th Annual Meeting. Las Vegas, NV. April 6-8, 2016.

**INVITED LECTURES:**

1. **Schell BA**. "Multiple Rod Mayhem: Building a Stable Foundation with MRoCCS". *Spine Technology Education Discovery (STED) Talk Series.* Seattle Science Foundation, Seattle, WA. April 8, 2020.

2. **Schell BA**. "Pelvic Packing versus Angioembolization". *Registrar Education Conference.* Department of Orthopaedic Surgery, Auckland City Hospital, Auckland, New Zealand. May 14, 2019.

3. **Schell BA**. "Timing of Hip Fracture Fixation". *Registrar Education Conference.* Department of Orthopaedic Surgery, Auckland City Hospital, Auckland, New Zealand. May 7, 2019.

4. **Schell BA**. "Lumbar Spondylolisthesis". *Educational Curriculum Lecture Series*. Department of Orthopaedic Surgery, University of Texas Southwestern Medical Center, Dallas, TX. March 7, 2018.

5. **Schell BA**, Ellis HB. "Throwing Injuries in the Immature Athlete". *Educational Curriculum Lecture Series*. Texas Scottish Rite Hospital for Children, Dallas, TX. December 8, 2016.

6. **Schell BA**, Sucato DJ. "Scheuermann's Kyphosis". *13th Annual Fall Spine Symposium.* Texas Scottish Rite Hospital for Children, Dallas, TX. October 28, 2016.

Updated February 2025



# Michelle Schooler, CPC

Billing & Coding Specialist

**PROFESSIONAL EXPERIENCE**

### IMS Legal Strategies — *Billing & Coding Specialist*

MAY 2025 – PRESENT

- Review and evaluate physician and facility medical billing records to determine if the charged amounts are usual, customary, and reasonable (UCR) based on cost comparisons in the geographic area and to determine the anticipated reimbursement rate.
- Perform the UCR review by evaluating resources such as Find-A Code, Context Healthcare, Novitas-Solutions JH (Texas) Jurisdiction, and the Centers for Medicare and Medicaid.
- Knowledge of all state and federal guidelines for multispecialty coding and billing as it pertains to CPT, ICD-10-CM, ICD-10-PCS, MS-DRG, and HCPCS codes reviewed for counter.
- Compose written reports as applicable based on the UCR data and my findings.

### Health Advocates Network — *Coding Lead/Auditor*

SEPTEMBER 2023 – MAY 2025

- Led and oversaw the auditing of E/M visits, ensuring accurate coding for behavioral health and physical therapy visits while mentoring coders on best practices.
- Supervised and supported the verification and eligibility process for new patients, providing guidance to coders to maintain efficiency and accuracy.
- Managed coder work queues, ensuring compliance with production standards and maintaining lag days at two days or less through effective team coordination and workflow optimization.
- Developed a deep understanding of operations and business unit workflows, including authorizations, referrals, and insurance requirements, and educated coders to enhance their proficiency in these areas.
- Collaborated closely with providers, leading efforts to execute proper documentation and adherence to billing guidelines, while coaching coders to improve documentation accuracy and compliance.

### Fairview — *Denial Specialist*

MARCH  2023 – SEPTEMBER 2023

- Reviewed account history, remits, payer history, and state requirements to determine effective appeal strategies.
- Composed and submitted all required materials, including medical records, to support reconsiderations, appeals, or retro authorizations through payer portals.
- Improved claims outcomes by proactively following up on submitted appeals via payer portals and direct communication with payers.
- Resolved aged and complex accounts, escalating issues as needed.
- Contributed to revenue cycle improvements by monitoring denial trends and collaborating with revenue cycle teams to minimize revenue loss, identifying patterns to prevent future claim denials.

### Mindpath— *Profee Coder*

MARCH  2022 – FEBRUARY 2023

- Reviewed and analyzed E/M, DX, HCPCS, modifiers, bundling, and duplicate denials to identify root causes and improve claim outcomes.
- Researched payer guidelines and policies to resolve coding denials and submitted well-documented appeals.
- Analyzed assigned denials, making necessary corrections or modifications, and determining the best course of action for appeals.
- Assessed denials to determine the likelihood of overturning decisions and whether initial or secondary appeals should be pursued.
- Improved revenue cycle efficiency by identifying coding denial trends by payer, CPT code, and other parameters to prevent future denials.

### Banner Health — *Profee Coder*

MARCH  2018 – FEBRUARY 2022

- Extracted CPT and DX codes from a variety of radiology exams, including X-rays, CT, MRI, DEXA, PET, Nuclear Medicine, Interventional Radiology, Mammograms, and Ultrasounds.
- Reviewed operative reports to support correct identification and documentation of diagnoses.
- Educated providers on documentation and coding best practices to optimize accuracy and maximize reimbursement.

Updated May 2025

**AZ Hand Surgery Center** — *Surgical Coder–Apprenticeship*

OCTOBER  2017 – FEBRUARY 2018

- Extracted E/M, surgical codes, and DX from operative reports to assist in accurate claim submission.
- Conducted coding reviews to maintain precise documentation and adherence to regulatory standards.
- Collaborated with revenue cycle teams, working closely with the billing department to facilitate timely and accurate claim processing.
- Communicated with insurance companies to resolve coding errors and disputes, improving reimbursement outcomes.

**CERTIFICATIONS**

**American Academy of Professional Coders – Certified Professional Coder (CPC)**

2017 – PRESENT

**EDUCATION**

**Estrella Mountain Community College** — *Medical Billing and Coding*

 JULY 2017

**Glendale Community College** — *Associate in Communications*

DECEMBER 2010

**SYSTEMS EXPERTISE**

- AdvancedMD
- Athena
- Cerner
- Epic
- Gemini
- Imagine
- NextGen
- Optum
- RCX





# Chris A. Van Ee, Ph.D.

*Phillips, Rodney v. C.K.S. Packaging, Inc.*

Prepared for Thomas Bendle, Jr., Esq.
of Howell, Gibson & Hughes, P.A.

IMS Project No. 69984-02  |  July 9, 2026

## Biomechanical Engineer

Jody Braxton, Solution Advisor | 850.473.2516 | jbraxton@imslegal.com
Jonathon Wiggins, Expert Services Consultant | 850.473.6973 | jwiggins@imslegal.com

# Chris A. Van Ee

**Professional Specialization**
- Impact Biomechanics: Human Injury Mechanisms and Tolerance
- Accident Reconstruction, Human Movement, Design
  - Vehicle and Marine Accidents
  - Industrial Accidents
  - Amusement and Water Park Rides and Adventure Attractions
- Forensic Investigations: Falls, Assaults, 3D Scene Reconstruction and Visualization
- Computational Modeling, Experimental Design, Laboratory Investigations, Data Analysis
- Orthopedic Biomechanics
- Mechanical Engineering
- Occupational Machine Safety and Product Design
- Safety Device Performance: Helmets, Guards, Seat Belts, Airbags, Child Restraints

**Education**

Ph.D. (Biomedical Engineering), Duke University, 2000
   Advisor: Barry S. Myers M.D. Ph.D.
B.S. (Mechanical Engineering), Dordt College, 1992

**Licensure**

Professional Engineer: State of Michigan #6201056733 (Exp: 9/16/2027)

**Professional Background**

**Principal Engineer: Biomedical and Mechanical Engineering**
Design Research Engineering, Novi, Michigan
2009 - Present
**Adjunct Assistant Professor**
Department of Biomedical Engineering, Wayne State University, Detroit, Michigan
2002 - Present
**Senior Biomechanical Engineer**
Design Research Engineering, Novi, Michigan
2005 - 2009
**Project Engineer**
Design Research Engineering, Novi, Michigan
2002 - 2005
**Assistant Research Scientist**
University of Michigan Transportation Research Institute, Ann Arbor, Michigan
2000 - 2002
**Doctoral Candidate**
Department of Biomedical Engineering, Duke University, Durham, North Carolina
1998-2000
**Research Assistant**
Department of Biomedical Engineering, Duke University, Durham, North Carolina
1992-1998
**Custom Design Engineer**
Pella Corporation, Pella, Iowa
1991 - 1992
**Engineering Technician**
Vermeer Manufacturing, Pella, Iowa
1990



**<u>Professional Affiliations, Service, Certifications</u>**

Association for the Advancement of Automotive Medicine
- o  Membership Committee (2012-2020)
- o  Scientific Program Committee (2006-2011)
- o  Chairman of the Scientific Program Committee (2009-2010)

Society of Automotive Engineers Occupant Protection Committee (2005-Present)
- o  Chairman of the Automobile Body Activity of the Land and Sea Group (2010-2013)
- o  Vice-Chairman of the Automobile Body Activity of the Land and Sea Group (2009-2010)
- o  Chairman of the Occupant Protection Committee (2008-2009)
- o  Vice-Chairman of Occupant Protection Committee (2006-2008)

Member: Society of Automotive Engineers Automated Driving Systems (ADS) Crashworthiness Task Force Committee (2017)

Co-organizer of the Occupant Restraints Session: SAE World Congress (2006-2025)

Co-chairperson of the Biomechanics Session: SAE World Congress 2006

Session Organizer: Dynamics and Control of Biomechanical Systems III, 2009 ASME International Mechanical Engineering Congress & Exposition

Traffic Accident Reconstruction, Northwestern University Center for Public Safety (June 2008, Dearborn, MI)

Child Passenger Safety Technician - The National Standardized Child Passenger Safety Training Program (June 2006 - June 2010)

Associate Editor: Journal of Forensic Biomechanics (2010-2013)

Associate Editor: SAE International Journal of Transportation Safety (2013- 2026)

Associate Editor: SAE International Journal of Passenger Cars—Mechanical Systems (2010-2021)

Associate Editor: SAE International Journal of Passenger Vehicle Systems (2022-2025)

Editor: SAE Occupant Protection and Crashworthiness Technology Collection (2009-2012)

Review Panel Member: American Institute of Biological Sciences review of United States Army Aeromedical Research Laboratory (February 2008)

Reviewer for American Institute of Biological Sciences: review of proposal submitted to US Army Medical Research and Materiel Command

Reviewer and Review Panel Member, National Institutes of Health (2003-2008, 2012-2015)
- o  Special Emphasis Panel/Scientific Review Group ZRG1 MOSS, Musculoskeletal, Oral and Skin Sciences
- o  Study Section ZRG1 BDCN-K Clinical Neurophysiology, Devices and Neuroprosthetics / Brain Disorders and Clinical Neuroscience
- o  Study Section ZRG1-GRM, Geriatrics and Rehabilitation Medicine
- o  Study Section MRS, Musculoskeletal Rehabilitation Sciences
- o  Study Section ZRG1-SBDD, Rehabilitative Medicine

Reviewer, SAE Congress:
- o  Biomechanics
- o  Occupant Restraints
- o  Side Impact, Rear Impact and Rollover

Reviewer: Safety

Reviewer: International Journal of Crashworthiness

Reviewer: Annals of Biomedical Engineering

Reviewer: Accident Analysis and Prevention

Reviewer: Traffic Injury Prevention
Reviewer: ASME: Occupant Protection & Biomechanics
Reviewer: Journal of Biomechanics
Reviewer: Journal of Biomechanical Engineering
Reviewer: Medical Engineering & Physics
Reviewer: SAE International Journal of Passenger Cars
Reviewer: SAE International Journal of Transportation Safety
Reviewer: Journal of Forensic and Legal Medicine
Reviewer: International Journal of Industrial Ergonomics
Reviewer: Neurotrauma Reports
Invited Reviewer: Stapp Car Crash Journal 2009
Judge, ASME PhD Student Paper Competition (Summer 2007)
Member, American Society of Biomechanics (ASB)
Member, American Society of Mechanical Engineers (ASME)
Member, Society of Automotive Engineering Society (SAE)
Member, Association for the Advancement of Automotive Medicine (AAAM)

## Honors and Awards

John Paul Stapp Award
    Best paper at the 2008 Stapp Car Crash Conference
UMTRI Best Publication Award
    University of Michigan Transportation Research Institute best publication award
    for 2004
UMTRI Best Publication Award
    University of Michigan Transportation Research Institute best publication award
    for 2003
John Paul Stapp Award
    Best paper at the 2000 Stapp Car Crash Conference
Stapp Association Student Award
    Most outstanding student presentation at the 2000 Stapp Car Crash conference.
Ralph H. Isbrandt Automotive Safety Award
    Best paper presented to the Society of Automotive Engineers on the subject of
    Automotive Safety Engineering for the year 1995.
Arnold W. Siegel Award
    Society of Automotive Engineers' award for the most outstanding paper presented
    at the 1995 Stapp Car Crash Conference.
Duke University Research Fellowship
National Science Foundation Fellowship Committee Honorable Mention
Dordt College Merit Scholarship

## Publications

"The Hybrid III Upper and Lower Neck Response in Compressive Loading Scenarios
    with Known Human Injury Outcomes," Traffic Inj Prev. 2014;15 Suppl 1:S223-30.
    (with D. Toomey, K. Yang)
"ATV Rollover, Rider Response, and Determinants of Injury: In-Depth Analysis of
    Video-Documented ATV Rollover Events" Traffic Inj Prev. 2014;15 Suppl
    1:S190-6. (with D. Toomey, B. Moroski-Browne, M. Vander Roest, A. Wilson)
"Towards a More Robust Lower Neck Compressive Injury Tolerance - An Approach
    Combining Multiple Test Methodologies," Traffic Injury Prevention,
    2013;14(8):845-52, (with D. Toomey, K. Yang, N. Yoganandan, F. Pintar)

"Biomechanical Evaluation of Frangible Skull Surrogates to Blunt Ballistic Temporo-parietal Head Impact" (Abstract) American Academy of Forensic Sciences 65th Annual Meeting, February 18-23, 2013 (with D. Raymond, G. Crawford, and C. Bir).

"Skull Biomechanics" Orthopaedic Biomechanics, ed. B.A. Winkelstein, Boca Raton: CRC Press Taylor and Francis Group, 2013. (with C.R. Bass, A.M. Lloyd, B.S. Myers, M.B. Panzer).

"Exploring the Role of Lateral Bending Postures and Asymmetric Loading on Cervical Spine Compression Responses", 2009 ASME International Mechanical Engineering Congress & Exposition, IMECE2009-12911, (with D Toomey, M Mason, W Hardy, K Yang, J Kopacz).

"Evaluation and Refinement of the CRABI-6 Anthropomorphic Test Device Injury Criteria for Skull Fracture", Proceedings 2009 ASME International Mechanical Engineering Congress & Exposition, IMECE2009-12973, (with B Moroski-Browne, D Raymond, K Thibault, W Hardy, J Plunkett).

"Child ATD Reconstruction of a Fatal Pediatric Fall", 2009 ASME International Mechanical Engineering Congress & Exposition, IMECE2009-12994, (with D Raymond, K Thibault, W Hardy, J Plunkett).

"Development of Biomechanical Response Corridors of the Head to Blunt Ballistic Temporo-Parietal Impact," Journal of Biomechanical Engineering, September 2009, Vol. 131 (with DE Raymond, GS Crawford, CA Bir).

"Tolerance of the Skull to Blunt Ballistic Temporo-parietal Impact", Journal of Biomechanics, Nov 13;42(15):2479-85, 2009 (with DE Raymond, GS Crawford, CA Bir).

"Mechanisms of Traumatic Rupture of the Aorta and Associated Peri-isthmic Motion and Deformation" Stapp Car Crash Journal, Vol. 52, November 2008. (with W. Hardy, CS Shaw, MJ Mason, JM Kopacz, KH Yang, AI King, JL Bishop, RF Banglmaier, MJ Bey, RM Morgan, KH Digges).

"Use of Computational Models in Marine Accident Reconstruction", 2008 TASS Americas MADYMO Users Meeting, April, Detroit, MI (with Robert Taylor).

"The Effect of Soft Tissue On The Biomechanics Of Skull Fracture Due To Blunt Ballistic Impact: Preliminary Analysis and Findings" (Abstract) 2008 Summer Bioengineering Conference, June 25-29, 2008 (with D. Raymond, G. Crawford, C. Bir).

"Biomechanics of Temporo-Parietal Skull Fracture from Blunt Ballistic Impact" (Abstract) 2008 Summer Bioengineering Conference, June 25-29, 2008 (with D. Raymond, G. Crawford, C. Bir).

"Biomechanics of Blunt Ballistic Impacts to the Head and Fracture-Specific Injury Criteria Development" (Abstract) American Academy of Forensic Sciences 60th Annual Meeting, February 18-23, 2008 (with D. Raymond, G. Crawford, and C. Bir).

"Biomechanics of Blunt Ballistic Impacts to the Forehead and Zygoma" (Abstract-Poster) American Academy of Forensic Sciences 60th Annual Meeting, February 18-23, 2008 (with G. Crawford, D. Raymond, and C. Bir).

"Head Exposure Levels in Pediatric Falls" (abstract-poster) National Neurotrauma Society Meeting, 2007 (with K. Monson, C. Sparrey, L. Cheng, and G. Manley).

"Dynamic Biaxial Tissue Properties of the Human Cadaver Aorta," Stapp Car Crash Journal, Vol. 50, November 2006 (with C.S. Shah, W.N. Hardy, M.J. Mason, and K.H. Yang, R. Morgan, and K. Digges).

"Study of Potential Mechanisms of Traumatic Rupture of the Aorta Using In Situ Experiments," Stapp Car Crash Journal, Vol. 50, November 2006 (W.N. Hardy, C.S. Shah, J.M. Kopacz, K.H. Yang, R. Morgan and K. Digges).

"Investigation of Potential Mechanisms of Traumatic Rupture of the Aorta" (Abstract #5245) Proceedings of the World Congress of Biomechanics – Munich, Germany August 2006 (with W.N. Hardy, C.S. Shah, M.J. Mason, K.H.Yang, and K. Digges).

"Safety Restraint System Physical Evidence and Biomechanical Injury Potential Due to Belt Entanglement," SAE Paper 2006-01-1670, 2006 SAE World Congress (with D.E. Toomey and M.E. Klima).

"High-Speed Biaxial Tissue Properties of the Human Cadaver Aorta," Proceedings of IMECE05 - 2005 ASME International Mechanical Engineering Congress, November 2005. (with C.S. Shah, M.J. Mason, K.H. Yang, W.N. Hardy, R. Morgan, and K. Digges).

"A New Device for High-Speed Biaxial Tissue Testing: Application to Traumatic Rupture of the Aorta," SAE Paper 2005-01-0741, SAE 2005 Transactions: Journal of Passenger Cars. (with M.J. Mason, C.S. Shah, M. Maddali, K.H. Yang, W. N. Hardy, and K. Digges).

"Use of Computer Models in Forensic Investigations of Human Kinematics: Examples from Alpine Skiing and Marine Accident Reconstruction", Proceedings of AmeriPAM 2004 (Abstract) (with E. Morphy and R. Taylor).

"Mechanical Properties and Anthropometry of the Human Infant Head," Stapp Car Crash Journal, 2004 (with M.T. Prange, J. F. Luck, A. Dibb, R. W. Nightingale, and B. S. Myers).

"Cervical-spine Geometry in the Automotive Seated Posture: Variations with Age, Stature, and Gender," Stapp Car Crash Journal, 2004 (with K. D. Klinich, S. Ebert, C. Flannagan, M. Prasad, M. P. Reed, and L. W. Schneider).

"Improved Estimation of Human Neck Tensile Tolerance: Reducing the Range of Reported Tolerance Using Anthropometrically Correct Muscles and Optimized Physiologic Initial Conditions." Stapp Car Crash Jounal, November 2003, (with V. C. Chancey, R. W. Nightingale, K. E. Knaub, and B. S. Myers).

"The Tolerance of the Human Hip to Dynamic Knee Loading." Stapp Car Crash Jounal, pp 211-228, November, 2002. (with J. D. Rupp, M. P. Reed, S. Kuppa, S. C. Wang, J. A. Goulet, and L. W. Schneider).

"Techniques and Applications in Strain Measurements in Skeletal Muscle." **Biomechanic Systems, Techniques, and Applications. Volume III**. Leondes CT, ED., CRC Press, Boca Raton, Florida 2001 (with B. S. Myers).

"Lateral Bending Strength of the Cervical Spine Estimated from Muscle Generated Moments," 2001 BMES Annual Fall Meeting Proceedings (Abstract) (with V. C. Chancey, R. W. Nightingale, K. E. Knaub, and B. S. Myers).

"Tensile Properties of the Human Muscular and Ligamentous Cervical Spine." 2000 Stapp Car Crash Journal, pp 85-102, November, 2000 (with R. W. Nightingale, D. L. A. Camacho, V. C. Chancey, K. E. Knaub, E. A. Sun, and B. S. Myers).

"Tensile Properties of the Human Muscular and Ligamentous Cervical Spine." Ph.D. Thesis, Duke Universty, 2000.

"Quantifying Skeletal Muscle Properties in Cadaveric Test Specimens: Effects of Mechanical Loading, Postmortem Time, and Freezer Storage." Journal of Biomechanical Engineering, 122:9-14, February 2000 (with A. L. Chasse, and B. S. Myers).

"Understanding and Minimizing Error in Cervical Spine Tensile Testing," Proceedings: The 28th International Workshop on Human Subjects for Biomechanical Research, 2000 (with V. C. Chancey, R. W. Nightingale, D. L. A. Camacho, B. S. Myers).

"Tensile Testing of the Ligamentous Cervical Spine: Biomechanical Considerations for a Proposed Testing Methodology." Proceedings: The 27th International Workshop on Human Subjects for Biomechanical Research, 1999 (with R. W. Nightingale, and B. S. Myers).

"Muscle Fixation Methods to Increase Cadaveric Biofidelity: Results of a Single Fiber Muscle Model," The 9th Injury Prevention Through Biomechanics Symposium Proceedings, Detroit, MI, 1999 (with M. R. Larochelle, W. Feng, M. K. Reedy, F. H. Schachat, and B. S. Myers).

"The Effects of Postmortem Time and Freezer Storage on the Mechanical Properties of Skeletal Muscle." The 8th Injury Prevention Through Biomechanics Symposium Proceedings, Detroit, MI, 1998 (with A.L Chasse, B. S. Myers).

"Injury Mechanisms in the Pediatric Cervical Spine During Out-of-Position Airbag Deployments." Proceedings of the 42nd Association of the Advancement of Automotive Medicine, 1998 (with R. W. Nightingale, B. A. Winkelstein, and B. S. Myers).

"The Effects of Postmortem Time and Freezer Storage on the Mechanical Properties of Skeletal Muscle." Society of Automotive Engineers, J. Passenger Cars, SAE Paper #983155, 1998 (with A. L. Chasse, and B. S. Myers).

"Measurement of Human Neck Muscle Volume Geometry and Physiologic Cross-Sectional Area in 5th, 50th and 95th Percentile Subjects using Cadaveric Dissection and MRI." 25th Annual International Workshop for Human Subjects for Biomechanical Research, 1997 (with K. E. Knaub, C. Cheng, B. Poon, C. Spritzer, and B. S. Myers).

"On the Structural and Material Properties of Mammalian Skeletal Muscle and its Relevance to Human Cervical Impact Dynamics." Society of Automotive Engineers, J. Passenger Cars, SAE Paper #952723, 1995 (with B. S. Myers, D. L. A. Camacho, C. T. Woolley, and T. M. Best).

"Measurement of the Structural and Material Properties of Mammalian Skeletal Muscle." The 5th Injury Prevention Through Biomechanics Symposium Proceedings, Detroit, MI, 1995 (with D. L. A. Camacho, C. T. Woolley, T. M. Best, and B. S. Myers).

### Presentations

"Biomechanical Engineering Analysis in Criminal Cases," New England Innocence Project, Invited Speaker, August 18, 2025.

"Identifying Mechanisms of Injury: Impact Biomechanics," New Hampshire Association of Criminal Defense Lawyers CLE, Manchester, NH, May 9, 2025.

"Biomechanics and Accident Reconstruction in Criminal Cases," Annual President's Seminar and Conference, Wisconsin Association of Criminal Defense Lawyers, April 19, 2024.

"Case Studies in Forensic Biomechanics," Invited Speaker, Wayne State Biomedical Engineering Department Seminar April 17, 2024

"Biomechanical Primer on Pediatric Head Injuries," Invited Speaker, Wisconsin State Public Defender's Office: Forensic University - Falls and Forensic Medicine, March 20, 2024.

Invited Lecturer, "Biomechanical Engineering," JLC-444 Topics in Criminal Justice: Anatomy of a Homicide, Department of Justice, Law & Criminology, American University, Dec 9, 2021

"Biomechanical Engineering," Invited Speaker, Industrial and Operations Engineering Course 438: Occupational Safety Management, University of Michigan. January 2021.

"Forensic Biomechanical Analysis," Invited Lecturer, Wayne State University, Biomedical Engineering 8070, January 22, 2020.

"The Biomechanics of Pediatric Head Injury," Invited Speaker, New Jersey Forensic Science Center Technology Center, Hamilton, NJ, New Jersey Office of the Public Defender CLE Program. August 2018.

"The Physics of Falls," TCDLA, Invited Speaker, Fort Worth, TX, September 2017

"The Biomechanics of Pediatric Head Injury," The Center for American and International Law, Plano, TX, March 2016.

"Biomechanics of Pediatric Head Injury," NYSDA Annual Conference, Saratoga, NY, July 2015.

"ATV Rollover, Rider Response, and Determinants of Injury: In-Depth Analysis of Video-Documented ATV Rollover Events," 57th Annual Scientific Conference, Association for the Advancement of Automotive Medicine (AAAM), Munich, Germany, October 2014.

"Biomechanical Evaluation of Traumatic Brain Injury," World Congress on Infant Head Trauma, The Center for American and International Law, Plano, TX, November 2013.

"Biomechanics of Pediatric Head Injury," Invited Lecturer, Center for Forensic Science and Medicine, University of Toronto, March 22, 2013.

"ATV Rollover, Operator Response, and Determinants of Injury: Implications for Crush Protection Devices," US Consumer Product Safety Commission: ATV Safety Summit, Bethesda, MD, October 12, 2012.

"Evaluation and Refinement of the CRABI-6 Anthropomorphic Test Device Injury Criteria for Skull Fracture," 2009 ASME International Mechanical Engineering Congress & Exposition, November 18, 2009.

"Child ATD Reconstruction of a Fatal Pediatric Fall," 2009 ASME International Mechanical Engineering Congress & Exposition, November 18, 2009.

"Use of Computational Models in Marine Accident Reconstruction," 2008 TASS Americas MADYMO Users Meeting, April, Detroit, MI

"Pediatric Head Injury Risk: Automotive Accidents, Falls, Household Trauma, and Non-Accidental Injury," The Center for American and International Law, March 2008.

"Pediatric Head Injury: Injury Mechanisms and Injury Tolerance", Invited Lecturer for BME 7810 – Forensic Bioengineering, Wayne State University, November 2007.

"Principles of the Biomechanical Analysis of Infant Brain Injury" and "Case Studies in Infant Brain Injury Analysis," co-presenter with Kirk Thibault at the EBMS Symposium – An Evidence-Based Analysis of Infant Brain and Skeletal Injury, May 2007.

"Characterizing Pediatric Head Injury Risk: Automotive Accidents, Falls, and Shaking," Invited Keynote Speaker: 15th Annual Meeting of the Rachidian Society, Kona, HI, February 2007.

"Tensile Tolerance of the Cervical Spine" Invited Keynote Speaker: 15th Annual Meeting of the Rachidian Society, Kona, HI, February 2007.

"Safety Restraint System Physical Evidence and Biomechanical Injury Potential Due to Belt Entanglement," co-presenter with M. Klima, SAE World Congress, Detroit, MI, April 2006.

"Biomechanics, Falls, and Shaken Baby Syndrome," Guest Lecturer for BME 7995 – Forensic Bioengineering, Wayne State University, October 2005.

"Trial Techniques and Strategies: Making the Most of Your Experts," co-presenter with Jeffrey Weiner, Florida Bar Continuing Legal Education Seminar, Miami, FL, January 21, 2005.

"Use of Computer Models in Forensic Investigations of Human Kinematics: Examples from Alpine Skiing and Marine Accident Reconstruction", AmeriPAM Nov 3, 2004.

"Marine Accident Reconstruction: Forensic Engineering and Biomechanics" Wayne State University, June 7, 2004.

"Biomechanics and Physical Restraint, An Analysis of the Mandt System." Dallas, TX, April 22, 2004.

"Rollovers, Neck Injury, and Defining the Role of Lateral Bending in Compressive Neck Injury." Wayne State University, March 15, 2004.

"Development of an Experimental Protocol to Quantify the Tolerance of the Hip to Axial Femur Loading." The 29th International Workshop on Human Subjects for Biomechanical Research. San Antonio, TX, November 2001.

"Head and Cervical Spine Geometry in the Automotive Neutral, Flexion, and Extension Postures." Ford Motor Company, Dearborn, MI, September 2001.

"Tensile Properties of the Human Muscular and Ligamentous Cervical Spine." 2000 Stapp Car Crash Conference, Atlanta, GA, November 2000.

"Development of an Experimental Model of Tensile Neck Injury." The 27th International Workshop on Human Subjects for Biomechanical Research, San Diego, CA, October 1999.

"A Combined Experimental and Computational Study of Tensile Neck Injury." National Highway Traffic Safety Administration, Durham, NC, July 1999.

"Neck Surrogates: A Systematic Experimental and Computational Study Designed to Provide Anthropometric Test Device Injury Reference Values." National Highway Traffic Safety Administration, Washington, DC, December 1998.

"The Effects of Postmortem Time and Freezer Storage on the Mechanical Properties of Skeletal Muscle." The 42nd Annual Stapp Car Crash Conference, Phoenix, AZ, November 2-4, 1998.

"The Effects of Postmortem Time and Freezer Storage on the Mechanical Properties of Skeletal Muscle." The 8th Injury Prevention Through Biomechanics Symposium, Detroit, MI, May 7-8, 1998.

"Measurement of the Structural and Material Properties of Mammalian Skeletal Muscle." The 5th Injury Prevention Through Biomechanics Symposium, Detroit, MI, May 4-5, 1995.

*Last Update: Feb 2026*

**Legal Testimony of Chris Van Ee, Ph.D. April 2026)**

| No. | Case Name | Date of Testimony Deposition | Date of Testimony Trial/Hearing | State/Country | Court | Case ID |
|---|---|---|---|---|---|---|
| 1 | Tanner, Mary v. Food Lion LLC | Jan-03 | | NC | General Court, Franklin County - Superior Court Division | 01-CvS-1123 |
| 2 | State of Florida v. William Blackman | Aug-03 | Mar-04 | FL | Circuit Court, Sixteenth Judicial Circuit of FL,  Monroe County | 2002-SF-274 |
| 3 | People v. Anthony Scott Campbell | | Dec-03 | MI | 15th Circuit Court No. 01-007197-FC, Branch County, Michigan State Court of Appeals | 245263 |
| 4 | Michael Dallwitz v. Seabring Marine Ind. | May-04 | | FL | Circuit Court of the Twentieth Judicial Circuit, Lee County | 00-2721 CA-JHS |
| 5 | Commonwealth of VA v. C. Estrella-Perez | | Jun-04 | VA | Newport News Circuit Court | CR03051857-00 |
| 6 | Robert Cearley v. Daniel Hudgens | Jun-04 | | CO | US District Court, District of Colorado | 03-N-0698 (MJW) |
| 7 | in re Ruf | | Nov-04 | MI | Kalamazoo County Circuit Court - Family Division | 400126 NA |
| 8 | Troy Testerman v. Riddell Inc | Jan-05 | | VA | US District Court, District of WesternVirginia: Danville Division | 4:03CV00071 |
| 9 | in the matter of C Tomczac, et al | | Oct-05 | MI | State of Michigan Office of Administrative Hearings and Rules - Bay County DHS | X1872356P |
| 10 | State of Florida v. Faye Sanidad | | Jan-06,Oct-06 | FL | Circuit Court, Seventh Judicial Circuit, in and for Flagler County | 2000-524-CFFA |
| 11 | Commonealth of Mass v. Ann Power | | Feb-06 | MA | Middlesex Superior Court | 2003-01473 |
| 12 | Willig v. Mammoth Mtn Ski Area | Mar-06, April-06 | May-06 | CA | Superior Court for the St of CA, Mono County, Northern Branch | CV 14434 |
| 13 | People v. Gary Lauzon Jr. | | Apr-06 | MI | 41-B Judicial District Court (Macomb County) | 05-0055 |
| 14 | State of Texas v. Jerrod Dorsey | | Jul-06 | TX | Criminal District Court # 7 of Dallas County: Aux Court #8 | F04-55698 |
| 15 | Patricia Castle v Pikeville Medical Center | Sep-06 | | KY | Commonwealth of Kentucky, Pike Circuit Court - Division 1 | 05-CI-00331 |
| 16 | N Focht v Beech Mountain Resort | Oct-06 | | NC | Mecklenburg County Superior Court Division | 06-CVS-3688 |
| 17 | R Shawgo v General Motors Corp. | Mar-07 | | IL | US District Court - Southern District of IL | 05-CV-04173-JLF |
| 18 | Moss v Strand Associates, Inc., et al. | Apr-07 | | WI | Clark County Circuit Court - Wisconsin | 04-CV-117 |
| 19 | People v A Montalbano | | Jun-07 | IL | Winnebago County 17th Judicial Circuit | 05CF3808 |
| 20 | State of Ohio v M Mills | | Jun-07 | OH | Court of Common Pleas, Tuscarawas County, OH | 2006 CR 10 0315 |
| 21 | Grant v Warden | | Jun-07 | CT | Superior Court for the Judicial District of Tolland | cv 03-0004233 |
| 22 | State of Florida v Diaz | Sep-07 | Apr-08 | FL | Fifth Judicial Circuit in and for Lake County, FL | 2006-CF-000433-A-01 |
| 23 | Davis v Graco v Shelter | Oct-07 | | TN | Circuit Court, Hardin County, 24th Judicial District at Savannah | 3791 |
| 24 | Anthony M Perryman | | May-08 | England | Southampton, UK  - Crown Court | T20067169 |
| 25 | In the matter of Omar Miah et al. | | Jun-08 | England | High Court of Justice: London Borough of Hammersmith and Fulham | FD07C00331 |
| 26 | Eric Lester v J Shockey MD et al | Oct-08 | Dec-08 | KY | Pike Circuit Court | 06-CI-00196 |
| 27 | People v Rivas | | Oct-08 | CA | Superior Court - Los Angeles County | KA-08-1942 |
| 28 | R -v- Fatima Miah | | Nov-08 | England | Central Criminal Court, Old Bailey EC4M 7EH CT# 413 | T20077208 |
| 29 | R. v. Choy | | Nov-08, May-11 | Canada | The Court of Queen's Bench of Alberta (Edmonton) | 070121058Q1 |
| 30 | Ex Parte CL Henderson | | Dec-08, Feb Mar-09 | TX | 299th District Court, Travis County, Texas | WR-49,984-02 |
| 31 | A Espinosa v Graco et al | Jan-09 | | TX | US District Court, Eastern District of TX, Marshall Division | 2:07-cv-517-TJW |
| 32 | State of Texas v. ME McLaughlan | | Feb-09 | TX | District Court of Palo Pinto County, 29th Judicial District | 13034 |
| 33 | People v Lynette Lott | | Feb-09, March 09 | MI | Third Circuit Court - State of Michigan | 08-14410 |
| 34 | Sayed Raza | | Mar-09 | England | Luton Crown Court, transferred from St Albans  T20070304 | U20090090 |
| 35 | T. Williams | | Apr-09 | Great Britain | Newport County Court, Gwent, Wales | NP08C00896 |
| 36 | P v. GH Wilson | | May-09 | CA | Superior Court of California, County of San Bernardino | FSB033934 |
| 37 | TD Allen | | Jun-09 | Canada | Provincial Court of Nova Scotia - Truro | DCM07-0137 |
| 38 | R -v- Fatima Miah | | Jul-09 | England | Central Criminal Court - Old Bailey | T20077208 |
| 39 | Q v Robinson | | Aug-09 | New Zealand | Rotorua, NZ | CRI-2007-063-002028 |
| 40 | St v Loberg | Aug-09 | Sep-09 | NE | District Court of Wayne County, NE | CR08-33 |
| 41 | St v S George | Nov-09 | Dec-09 | FL | 8th Circuit Court; 18th Judicial District; Brevard County | 05-2008-CF-054377 |
| 42 | People v M Marcoux | | Nov-09 | MI | Macomb County Circuit Court, Mt. Clemens | 2009-001176-FH |
| 43 | J Dineen v J Jackson Jr. et al. | Jan-10 | | IL | Circuit Court of Cook County | 07 L 000942 |
| 44 | State v. Goodin | | Feb-10 | OR | Washington County Circuit Court, Hillsboro | C082790CR |
| 45 | Sprietsma v Mercury Marine | Mar-10, Jul-10 | | IL | Circuit Court of Cook County | 03L 0264 |
| 46 | R v Gavin Gibbs | | Jul-10 | England | Central Criminal Court: Old Bailey, London, England | T20097259 |
| 47 | Altman, Jeffrey v. HO Sports | Oct-10, Nov-10 | | CA | Superior Court of CA - Kern County | S-1500-CV |
| 48 | St of FL v E Tate | Oct-10 | Jun-11 | FL | Circuit Court, 13th Circuit, Hillsborough County, Division 2 | 06-CF-016495 |
| 49 | R. Kemmer v Leatt Corp. | Nov-10 | | KY | District Court, Eastern District, Central Division of Lexington | 5:09-CV-00084-JBC |
| 50 | St of OH v T Evers | | Feb-11 | OH | Common Pleas Court of Mercer County, OH | 09-CRM-095, 110 |
| 51 | Neuharth v Firebird Raceway | Feb-11 | Apr-11 | AZ | Superior Court of state of AZ in and for the county of Maricopa | CV2006-012065 |
| 52 | Schessl v Franklin Sports, Inc | Feb-11 | | NY | US District Court - Western District of New York | 07-CV-6234 |
| 53 | Hansen MR v St of MN | | Apr-11 | MN | Seventh Judicial District - Douglas County | 21-KX-04-001222 |
| 54 | Person v Ford Motor Company | Aug-11 | | MS | US District Court - Northern District - Western Division | 3:09cv133-M-A |
| 55 | S. Todd v Progressive Select Ins. Co. | Sep-11 | | FL | Circuit Court, 13th Circuit,  Hillsborough County | 08-012520 |
| 56 | St of TX v Micah Duncan | | Oct-11 | TX | District Court of Grayson County 15th Judicial District | 060104 |
| 57 | R v Chana Al-Alas | | Nov-11 | England | Central Criminal Court: Old Bailey | T20107362 |
| 58 | G Morton v Chrysler | Dec-11 | | SC | Court of Common Pleas, Richland County | C/A# 2010-CP-40-04784 |
| 59 | USA v Tommy Lee Vasquez | | Feb-12 | OR | US District Court, Portland Division | 11-CR-00026-BR |
| 60 | London B of Islington v C Al Alas | | Mar-12 | England | High Court of Justice: Family Division | FD10C00445 |
| 61 | Depart. Social Services v. C Wallach | | Sep-12 | VA | County of Prince Geroge Circuit Court | CJ10000021-00 |
| 62 | R. v. Colin Matchim | | Oct-12 | Canada | Supreme Court Trial Division; NL (St. Johns, Newfoundland) | 201001G4580 |
| 63 | J Tallman v Ontel Corp. | Nov-12 | | OH | Court of Common Pleas, Lucas County, Ohio | G-4801-CI-201105658-000 |
| 64 | US v SSgt RJ Rabideau | | Jan-13 | Germany | US Air Force Judiciary, European Region: Ramstein Air Base | case name |
| 65 | B Smith v Biltmore Forest Country Club | Jan-13 | | NC | County of Buncombe: Superior Court | 11 CVS 1888 |
| 66 | R v Darran Brown | | Mar-13 | England | Guildford Crown Court, Bedford Road, Guildford, Surrey | T20120238 |
| 67 | People v. Keith Thibeault | | Jun-13 | MI | 8th Circuit Court for the County of Ionia | 12-K-15595-FC |
| 68 | St. of TX v Smita Chakravathy | | Sep-13 | TX | 93rd District Court, Hidalgo County Courthouse, Edinburg | CR-0530-07-B |
| 69 | Thomas J. Collman v. State of Nevada | | Sep-13 | NV | Seventh Judicial District Court, County of White Pine | HC-0105006 |



| No. | Case Name | Date of Testimony | | State/ Country | Court | Case ID |
|---|---|---|---|---|---|---|
| | | Deposition | Trial/Hearing | | | |
| 70 | R v Adrian Guest | | Nov-13 | England | Wolverhampton Crown Court | T20117041 |
| 71 | R v Emma Wilson | | Dec-13 | England | Central Criminal Court: Old Bailey | T20137031 |
| 72 | Oregon v Norman Brown, Jr. | | Feb-14 | OR | Multnomah County Courthouse | 130230926 |
| 73 | SD v Manegabe Ally | | Feb-14 | SD | Minnehaha County, Second Judicial Circuit | CR 12-8143 |
| 74 | St of FL v CL Colvin Jr | Apr-14 | May-14 | FL | Circuit Court for Okaloosa County, FL | 11-CF-1140 |
| 75 | SD v D Gonzales | | Apr-14 | SD | Buffalo County, First Judicial Circuit | 08 CRI 13-1 |
| 76 | Sanders v Daimler Trucks NA | Apr-14 | | NM | First Judicial District, Santa Fe, NM | D-0101-CV-0201001070 |
| 77 | Woods v HO Sports | Jun-14 | | WA | Superior Court, Pierce County, State of Washington | 12-2-08809-3 |
| 78 | People v A Lopez | | Jul-14 | CA | Superior Court of CA; Los Angeles East District | KA 100809(1) |
| 79 | St of IA v S Hunt | | Jul-14 | IA | Iowa District Court for Polk County | FECR267030 |
| 80 | Taitel v Weinstein | Jul-14 | | FL | Curcuit Court 15th Judicial Circuit, Palm Beach, FL . | 2013-CA-014205 |
| 81 | Stapleton v BYU | Oct-14 | | UT | Third Judicial District Court, Salt Lake City, Utah | 120907380 |
| 82 | In the matter of an inquest into the death of Geoffrey Moore and others | | Nov-14 | Australia | Queensland Coroners' Court, Brisbane, Australia | case no 2012/833 |
| 83 | St of TX v J Boyce | | Jan 2015, Oct 2015 | TX | District Court 15th Judicial, Grayson County, TX | 063963 |
| 84 | St of IL v C Rosenwinkel | | Jan-15 | IL | 23rd Judicial District, Kendall County | 2011CF000370 |
| 85 | in re M. S. | | Feb-15 | UT | 3rd District Juvinile Court, in and for Salt Lake County | 110178870 |
| 86 | in re EC T. | | Mar-15 | MI | Oakland County Circuit Court: Family Court Division | 2014 – 821905 NA |
| 87 | R v SK | | May-15 | Canada | Superior Court: Youth Criminal Court, New Market, Ontario | YC-11-00000714-0000 |
| 88 | Select Comfort v Tempur Sealy, et al | Jun-15 | | MN | US District Court: District of Minnesota | 13-ev-02451 |
| 89 | St of KS v Brock Cunningham | | Aug-15 | KS | District Court of Ford County, Kansas 16th Judicial District | 13-CR-29 |
| 90 | People v RA DiMambro Jr. | | Sep-15 | MI | Macomb County Circuit Court, Court of Appeals # 323251 | 2013-4215-FC |
| 91 | State of Wisconsin vs. Dakota R Black | | Sep-15 | WI | Dane County Circuit Court | 2013DA010692 |
| 92 | State of FL vs. Carter Bryant III | Oct-15 | Oct-15 | FL | Sarasota County, FL Circuit Court | 58-2014-CF-012399-A |
| 93 | State of NJ v Steven R. Donaldson | | Nov-15 | NJ | Superior Court of New Jersey: Burlington County | 2013-10-1344-I |
| 94 | Thakur v Goodyear Tire and Rubber | Dec-15 | | KY | Boone Circuit Court Div 3: Commonwealth of KY | 12-CI-1628 |
| 95 | GMC v WMVS | | Feb-16 | England | Medical Practitioners Tribunal Service, Manchester, England | 1555161 |
| 96 | People v B Russel | | Mar-16 | MI | Iron County Trial Court, Michigan | 15-7531-FY |
| 97 | A Bergman v Rockhurst Univ | Apr-16 | | MO | Circuit Court of Jackson County, Missouri | 1416-CV-27114 |
| 98 | St of VT v D Duby | Apr-16 | | VT | Superior Court, Rutland Unit, State of Vermont | 279-2-14 Rdcr |
| 99 | St of FL v W Thomason | Apr-16 | | FL | Circuit Court of the First Circuit for Okaloosa County, FL | 2013 CF 2271 |
| 100 | Commonwealth v. Brensinger | | May-16/Sept-22 | PA | Court of Common Pleas, Lehigh County, Pennsylvania | CP-39-CR-3251-1997 |
| 101 | R v. Butler | | May-16 | England | Central Criminal Court, London | T20147105 |
| 102 | St of NV v TL Getty | | May-16 | NV | Ninth Judicial District Court, Douglas County, Nevada | 15-CR-0043 |
| 103 | St of IL v P Brant | | Jul-16 | IL | Coles County Circuit Court, Illinois | 2014-CF-66 |
| 104 | In re NB and EBIII | | Aug-16 | AZ | Superior Court of AZ - County of Pinal | JD-201300156 |
| 105 | The Queen v. Casondra Mapplebeck | | Sep-16 | Canada | Nova Scotia Supreme Court; C.R. H. No.435162 | 435162 |
| 106 | St of MI v G Lowe | | Oct-16 | MI | Macomb County Circuit Court, Michigan | 2015-2502-FC |
| 107 | In re: DO | | Nov-16 | DC | Superior Court of the District of Columbia, Family Division | 2016-NEG-000204 |
| 108 | Commonwealth v Emmanuel Rodriguez | | Dec-16 | MA | Superior Court: Trial court of Massachusetts | 1581CR270 |
| 109 | CA v Ryan Garcia | | Jan-17 | CA | San Bernardino County, Rancho Cucamonga Superior Court | FWV1302061 |
| 110 | ID v Brian Wagner | | Jan-17 | ID | 5th Judicial District - Twin Falls County | CR42-15-10447 |
| 111 | J Schwartz v Le Creuset of America | | Jan-17 | NY | Supreme Court of NY, Nassau County | 600237/2014 |
| 112 | People v. Cassonova | | Feb-17 | MI | Muskegon, MI | 13-63270 |
| 113 | Ex Parte R Avila | | Mar-17 | TX | 41st District Court , El Paso County, TX | WR-59. 66203: 20000D01342 |
| 114 | St of CA v A Sanchez | | Apr-17 | CA | Superior Court - Merced County | 15CR-03437 |
| 115 | ID v J Davis | | May-17 | ID | District Court - First District - Kootenai County | CR-F16-16856 |
| 116 | Brafford v St of OK | | May-17 | OK | District Court Wagoner County, Oklahoma | CR-09-264 |
| 117 | Bogart v Ward II Ent. and D Johnson | Jun-17 | | VA | US District Court; Eastern District of VA | 1:16-cv-01544 (GBL/MSN) |
| 118 | St of FL v S Spurgeon | Jul-17 | Jan-18 | FL | Sixth Circuit, Florida, Pinellas County | CRC08-23878CFANO |
| 119 | J Havard v MS | | Aug-17 | MS | Circuit Court of Adams County, Nachez, MS | 02-KR-0141-J |
| 120 | People v Milton Lemons | | Sep-17 | MI | Wayne County Circuit Court | 06-04818-FC |
| 121 | Pinnock v Midway Services et al. | | Sep-17 | PA | First Judicial District, Philidelphia, PA | NO.: 0225 |
| 122 | P Suarez v Air Rescue Air Cond et al. | Oct-17 | May-18 | FL | 13th Judicial Circuit, Hillsborough County | 15-CA-11771 |
| 123 | Q v N. A. Baxter | | Oct, Nov 2017 | Australia | Supreme Court of Queensland at Townsville | #74 - 2015 |
| 124 | St of OK v C Whinery | | Nov-17 | OK | 24th District Court: Creek County | CF-2015-30 |
| 125 | St of CA v G Bailey | | Nov-17 | CA | Superior Court Califonia: Solano County | FCR318645 |
| 126 | St of NV v Gorman | | Feb-18 | NV | Ninth Judicial District Court, Douglas County, Nevada | 13-CR-0111 |
| 127 | People v Hugh Barry | | Feb-18 | NY | Bronx Civil Supreme Court | 1104/2017 |
| 128 | St of OR v K Jones | | Mar-18 | OR | Multnomah County Circuit Court | 16CR69802 |
| 129 | Commonwealth v J Robinson | | Apr-18 | MA | Norfolk Superior Court, Dedham | NO-2013-0143 |
| 130 | People v C Khaleel | | Jun-18 | WA | Superior Court, Spokane County | 15-1-02645-4 |
| 131 | Fisher v Waste Management | Jul-18 | | LA | US District Court, Middle District Louisiana | 3:17-cv-00246-BAJ-RLB |
| 132 | C v Harve Johnson | | Jul-18 | PA | Court of Common Pleas of York County, PA | CP-67-CR-0004854-2008 |
| 133 | St v W Bell | | Sep-18 | NC | Superior Court, Wake County, Raleigh, NC | 16CRS214241 |
| 134 | Garcia v USA, Mercury, Safe Boats Int. | Oct-18 | | TX | US District Court; Southern District of Texas, Brownsville | 1:17-CV-28 |
| 135 | in re LG, HY, JB, | | Nov-18 | Wales | Family Court: Swansea Civil Justice Center | SA17C00804 |
| 136 | Clarence Jones III v. State of Maryland | | Dec-18 | MD | Maryland Circuit Court, Baltimore County | 98-CR-3820 |
| 137 | Andrew Gallo v Ritz-Carlton et al. | Jan-19 | | FL | Eleventh District, Miami-Dade County, Circuit- Civil Division | 2017-028855-CA-01 (22) |
| 138 | Gray v Nissan | Jan-19 | | MS | Circuit Court of Wahington County, Mississippi | 2016-0044 CI |



| No. | Case Name | Date of Testimony | | State/ Country | Court | Case ID |
|---|---|---|---|---|---|---|
| | | Deposition | Trial/Hearing | | | |
| 139 | JA Matthews v MC Hatton et al. | Mar-19 | | AL | Circuit Court of Colbert County, Alabama | CV-20-16-900319 |
| 140 | US v Garcia J | | May, Aug 19 | NC | US Army Trial Judiciary: 2nd Judicial Circuit, Fort Bragg, NC | case name |
| 141 | R v. Rejwanul Islam | | Jul-19 | England | Blackfriars Crown Court | T20197119 |
| 142 | R Harvey v. KF Hofstad and Hach Co. | Jan-20 | | TX | District Court, 22nd District, Comal County | C2016-1523A |
| 143 | P Rios v City of Chicago, N.R. and E.B. | Feb-20 | | IL | US District Court, Northern District of IL, Eastern Division | 15 CV 3119 |
| 144 | Church v CNH Industrial Americal Inc. | Jul-20 | Nov-20 | MO | Circuit Cout of Henry County, Missouri | 18HE-CC00049 |
| 145 | Marina Stewart-Magee v. Daniel B. Snyder | Sep-20 | | AL | Circuit Cout of Cullman County, Alabama | CV-16-900001 |
| 146 | In Re PR of Leon Reyes | Oct-20 | Nov-20 | WA | Court of Appeals, State of Washington Division II | 52449-0-II |
| 147 | St of NJ v D. Nieves | | Oct-20 | NJ | Superior Court of New Jersey, Criminal Part Middlesex County | 17-06-01785 |
| 148 | B Davis v Washington State Dept of Social and Health Services, et al. | Oct-20 | | WA | US District Court, Eastern District of Washington at Spokane | 2:17-cv-00062 |
| 149 | Cortez, Jennifer v Lance R. Walker, et al. | Nov-20 | | TX | District Court: 45th Judicial District of TX, Bexar County | 2018CI10418 |
| 150 | In the Interest of SC & CC, Cupp | Jan-21 | | WV | Circuit Court of Wood County | 20-JA-203, 20-JA-204 |
| 151 | Dennis et al. v FCA et al. | Mar-21 | | NC | Burke County Superior Court | 18 CVS 1113 |
| 152 | PCR Edwards T, Jr. | Mar-21 | Apr-21 | AK | Superior Court for the State of Alaska at Anchorage, 3rd Disctict | 3AN-18-10173CI |
| 153 | St of IA v A. Dorsey | Oct-21 | Nov-21 | IA | District Court for Cass County, Atlantic, IA | FECR016406 |
| 154 | St of IA v Shane Morris | | Feb-22 | IA | District Court for Floyd County, Charles City, IA | FECR028139 |
| 155 | P. Carnock v. Mastercraft et al. | Feb-22 | | TN | Circuit Court for Loudon County, TN | 2019-CV-66 |
| 156 | State v. Bridger Boyd | | May-22 | MT | Thirteenth Judicial District, Billings, MT | DC2-2018-0060 |
| 157 | Zapata v Garza et al. | Jun-22 | | TX | 288th District, Bexar County | 2019CI03010 |
| 158 | State of WA v. Damien McCarter | | Jun-22 | WA | Superior Court, State of Washington, Kitsap County | 19-1-01614-18 |
| 159 | T Shinneman v Indianapolis-Marion County City-County Council, et al. | Jun-22 | | IN | US District Court- Southern District of IN, Indianapolis Division | 1:21-cv-2203-JMS-TAB |
| 160 | T Capps v B Lott et al. | Jun-22 | | LA | US District Court- Middle District of LA | 20-670 |
| 161 | Demeo, et al. v Abramowicz,et al. | Aug-22 | | FL | 10th Judicial District, Polk County, FL | 20-CA-001827 |
| 162 | State of Texas vs. John Ray Falk, Jr. | | Jan-23 | TX | Walker County, Huntsville, TX | 27347 |
| 163 | Weekley, M Ryan vs. Sky Zone LLC | Jan-23 | | FL | 17th Judicial Circuit, Broward County, FL | 17-023604 |
| 164 | V Foscato et al. v Chaparral Boats, Inc et al. | Jan-23 | | MO | US District Court - Western District of Missouri | 2:21-cv-4240-MDH |
| 165 | St of OK v T J Jones | | Apr-23 | OK | District Court Beckham County, OK | CF-2021-21 |
| 166 | Stewart - Sharifullina v Daniel B Snyder | | Jun-23 | AL | US District Court - Northern District of AL, NE Division | 5:22-cv-10-MHH |
| 167 | St of GA v Jane Gardener | | Sep-23 | GA | Superior Court Eastern Circuit - Chatham County | SPCR21-00506-J1 |
| 168 | St of WI v Amber Niebuhr | | Oct-23 | WI | Circuit Court, Milwaukee County | 2018CF000141 |
| 169 | R v Jan Gholami, Roqia Ghulami | | Dec-23 | England | Maidstone Crown Court, Chatham (court 6) | URN 46ZY1417420 |
| 170 | L Adger Sr. v TA Operating LLC | Feb-24 | | LA | US District Court - Western District of LA   Shreveport | 5:23-CV-0079 |
| 171 | CA v Drancy Jackson | | Mar-24 | CA | Superior Court, San Diego County, East County | SCE256533 |
| 172 | St of MN v Robert Kaiser | | Oct-24/, Apr-25 | MN | District Court, Sterns County, 7th District | 73-cr-14-7529 |
| 173 | St of Missouri v Derik Osborn | | Dec-24 | MO | Circuit Court, Greene County, Div 5 | 2331-CC00820 |
| 174 | St of Maine v Trevor Averill | | Jan-25 | ME | Androscoggin County Superior Court | ANDCD-CR-2021-01947 |
| 175 | St of TX v Angel Castro | | Aug-25 | TX | Wharton County: 329th Judicial District | CR23030 CTS 1-3 |
| 176 | Commonwealth vs. Peixoto, Brian | | Aug-25 | MA | Plymouth County Superior Court: Criminal 4 Plymouth | 9673CR00106 |
| 177 | In re Astoria Loritts | | Sep-25 | NC | Forsyth County District Court of North Carolina | 25JA000033-330 |
| 178 | Rennie v Mastercraft Boat Company | Dec-25 | | MN | US District Court, MN | 24-cv-4001 |
| 179 | People v Erik Duran | | Jan-26 | NY | Supreme Court of NY, Bronx County | 70295-24 |
| 180 | St of FL v Ryan Robinson | Feb-26 | | FL | Leon County, 2nd Circuit | 19CF04336 |
| 181 | Raymond Comer v City of Chicago et al. | Mar-26 | | IL | Cook County Circuit Court | 2023-L-008085 |

