IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| RODNEY PHILLIPS, | ) | CIVIL ACTION NO.:2:25-cv-12729-DCN |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **DEFENDANT'S DESIGNATION OF EXPERT WITNESS** |
| C.K.S. PACKAGING, INC., | ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURES**

Defendant, C.K.S. Packaging, Inc. makes the following expert disclosure under Federal Rule of Civil Procedure 26(a)(2) and the Court's Amended Scheduling Order (ECF No. 18). Unless otherwise stated, each expert will offer the opinions described below to a reasonable degree of medical probability.

The following witnesses were retained to provide expert testimony:

1.  Dr. Stephen Bagg, Radiologist
    c/o IMS Legal Strategies
    10101 Reunion Place, Suite 970
    San Antonio, TX 78216

Dr. Stephen Bagg is a Radiologist and will be expected to testify regarding his review of the Plaintiff's radiology films and complete medical records of the Plaintiff's injuries allegedly occurring from the subject motor vehicle accident as well as injuries and conditions that preexist the subject MVA. The Defendant is not in possession of a written report.

HOWELL, GIBSON & HUGHES, P.A.

By:/s/Thomas A. Bendle, Jr.
Thomas A. Bendle, Jr.
PO Box 40
Beaufort, SC  29901-0040
(843) 522-2400
Attorney for Defendant
Bar No: 69561

Beaufort, South Carolina
July 28th, 2026